## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 08, 2025

Mr. Jack Byrd
Law Office of Jack Byrd
545 Mainstream Drive
Suite 420
Nashville, TN 37228

Mr. Donald J. Malarcik
Malarcik, Pierce, Munyer & Will
121 S. Main Street
Suite 520
Akron, OH 44308

Mr. Michael J. Songer
U.S. Department of Justice
Criminal Section
950 Pennsylvania Avenue, N.W.
PHB-5534
Washington, DC 20121-0000

     Re: Case No. 25-5716, *USA v. Brett Hankison*
       Originating Case No. : 3:22-cr-00084-1

Dear Counsel,

 This appeal has been docketed as case number **25-5716** with the caption that is enclosed on a separate page.

 Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court. If a convicted defendant did not qualify to proceed in forma pauperis in the district court but appears to qualify on appeal, Sixth Circuit Rule 24 requires that "trial counsel must see that the defendant completes CJA Form 23 (for an incarcerated defendant) or Fed. R. App. P. Form 4 (for a defendant not incarcerated) and files it in the district court." Counsel's failure to act in this situation may result in adverse action from this court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **August 22, 2025**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. These deadlines are important -- if the initial forms are not timely filed, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Antoinette
Direct Dial No. 513-564-7015

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5716

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRETT HANKISON, Officer

    Defendant - Appellant