## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 07, 2025

Mr. Jarrod James Beck

Mr. Andrew Braniff

Mr. Jack Byrd

Mr. Ibrahim Aly Farag

Mr. Donald J. Malarcik

Mr. Michael J. Songer

Re: Case No. 25-5716, *USA v. Brett Hankison*
Originating Case No : 3:22-cr-00084-1

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending filing of the transcript. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely,

s/ Antoinette

Case Management Specialist
Direct Dial No. 513-564-7015