**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**CASE NO. 25-5716**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**


**V.**                      **MOTION FOR EXTENSION OF TIME**
                       **TO FILE APPELLANT BRIEF**


**BRETT HANKISON**                                            **DEFENDANT**

**\*   \*   \*   \*   \***

Brett Hankison, by counsel, respectfully moves this Court for an extension of time to file his appellant brief.  Mr. Hankison offers the following in support of his motion:

The current filing deadline for Mr. Hankison's appellant brief is April 6, 2026.  *See* [App. R. 29: Ruling Letter].  As discussed in prior filings, Mr. Hankison was one of several Louisville, Kentucky Metro Police Department (LMPD) officers involved in the attempted search of Breonna Taylor's apartment in March 2020.  In the years that followed, Mr. Hankison was acquitted in state court, then charged in a federal indictment alleging he deprived Ms. Taylor of her Fourth Amendment rights by returning fire after LMPD Detective John Mattingly was shot by Ms. Taylor's boyfriend as officers attempted to enter the residence.

Following a two-week trial, the district court declared a mistrial on November 16, 2023.  [R. 134: Order, Page ID # 5427-28].  A re-trial began on

October 15, 2024.  When the jury deadlocked again, the district court provided an *Allen* charge, and deliberations continued.  [R. 251: Order, Page ID # 13571-72].  On November 1, a partial verdict was returned acquitting Mr. Hankison of one of two counts.  *Id*.  The court then read a second *Allen* charge.  Forced to proceed, the jury ultimately returned a guilty verdict as to the remaining count.  *Id*. at Page ID # 13572.  The court rejected the recommendations of the parties and imposed a 33-month sentence.  [R. 290: Transcript, Sentencing, Page ID # 14499].  This Court granted Mr. Hankison's request for bond pending appeal on December 19, 2025.  *See* [App. R. 14-2: Order] in *United States v. Brett Hankison*, Case No. 25-5954.

Undersigned counsel has continued to communicate with the government regarding its position given the "serious and substantial issues" raised by Mr. Hankison's conviction.  *Id*. at Page 5.  Additional time is necessary to permit further review that may impact the nature of the briefing in this case.  In addition, the voluminous record, unique procedural history, and fact-specific nature of the case necessitate additional time to complete the briefing in this matter.

For these reasons, Mr. Hankison respectfully requests the Court extend the deadline to file his appellant brief by 30 days.  The government has no objection to Mr. Hankison's motion.  The parties anticipate this will be Mr. Hankison's final request for an extension of time to file his appellant brief.

Respectfully submitted,

/s/ Jarrod J. Beck

LAW OFFICE OF JARROD J. BECK, PLLC
101 WEST SHORT STREET
LEXINGTON, KENTUCKY 40507
PHONE: 859-948-5535
JARROD.BECK@GMAIL.COM

COUNSEL FOR BRETT HANKISON

## CERTIFICATE OF SERVICE

On April 3, 2026, I electronically filed this motion through the ECF system, which will send notice of docket activity to all counsel of record.

/s/ Jarrod J. Beck

COUNSEL FOR BRETT HANKISON