**UNITED STATES COURT OF APPEALS**

**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>BRETT HANKISON,<br>Defendant-Appellant. | C.A. No. 25-5716<br>(W.D. Ky.)<br><br>**JOINT STATUS REPORT AND REQUEST FOR ORDER CONTINUING TO HOLD BRIEFING SCHEDULE IN ABEYANCE** |

Plaintiff-Appellee United States of America and defendant-appellant Brett Hankison, by and through their respective counsel of record, hereby submit this Joint Status Report and jointly move this Court for an order that holds the briefing schedule in abeyance for an additional period of 60 days, to November 3, 2026.

On May 15, 2026, the Court granted the parties' joint motion to hold the briefing schedule in abeyance for 60 days and directed the parties to file a joint status report or other appropriate pleading by today, July 17, 2026. On that day, the parties submitted a joint status report asking for an extension of 45 days, setting a date for this status report. By this reference, this report incorporates the procedural summary set forth in the parties' joint motion.

## STATUS REPORT

As noted in the parties' joint motion, defendant's previously-filed motion for bail pending appeal raises *some* "substantial" issues of law or fact that are "close questions'" and would, if successful, likely result in reversal, a new trial, or a substantially reduced sentence, and that "defendant has 'clearly shown' that there are 'exceptional reasons' why defendant's detention pending appeal 'would not be appropriate.'" (Motion at 4-5.) This Court agreed when it granted defendant bail pending appeal. (*See* Order, App. R.14-2, in *United States v. Brett Hankison*, Case No. 25-5954.)

The parties agree that the record is voluminous and involves a unique procedural history (*e.g.*, two trials before the district court), and it involves unique legal issues. Defense counsel has exercised diligence with respect to this appeal, as his motion for bail pending appeal shows. (*See United States v. Hankison*, Case No. 25-5954, Dkt. 10.)

As noted in the prior joint motion, defendant's counsel has asked the Government to further consider and reevaluate the issues raised in defendant's motion for bail pending appeal. By letter and multiple telephone calls, defense counsel has also raised other issues that he

believes the Government should also consider in connection with this appeal.

During the past 45 days, the Government's undersigned counsel has devoted substantial time to reviewing the trial transcripts, assessing the evidence, and conducting legal research. However, additional time is necessary to complete that review and assessment, taking into account reasonable diligence and other work, and the parties agree that the briefing schedule should be held in abeyance for an additional 60 days for that purpose.

**DEFENDANT'S BAIL STATUS**

Defendant is out of custody pending appeal, and the Government stipulates he does not present a risk to the public.

DATED: September 4, 2026.

LAW OFFICE OF JARROD J. BECK

/s/ *Jarrod J. Beck*

JARROD J. BECK

Attorney for Defendant
BRETT HANKISON

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

/s/ *Robert J. Keenan*

ROBERT J. KEENAN
Acting Dep. Asst. Attorney General

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

On this date, September 4, 2026, through my electronic-filing of this motion through the ECF system, I am serving the motion to all counsel of record.

*/s/ Robert J. Keenan*
ROBERT J. KEENAN
Acting Dep. Asst. Attorney General