No. 25-5716

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 4, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff - Appellee, | ) | |
| v. | ) | O R D E R |
| BRETT HANKISON, Officer, | ) | |
| Defendant - Appellant. | ) | |

In their November 3, 2026 joint status report, the parties request an additional abeyance of 14 days. Upon review, the abeyance is EXTENDED 14 days. The parties shall file a joint status report on or before November 17, 2026.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens

Kelly L. Stephens, Clerk