# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>BRETT HANKISON,<br>Defendant-Appellant. | C.A. No. 25-5716<br>(W.D. Ky.)<br><br>**JOINT STATUS REPORT AND REQUEST FOR ORDER RESETTING BRIEFING SCHEDULE** |

Plaintiff-Appellee United States of America and defendant-appellant Brett Hankison ("defendant"), by and through their respective counsel of record, hereby submit this Joint Status Report and jointly move this Court for an order that resets the briefing schedule, with defendant's opening brief to be due on Monday, February 8, 2027, and the answering and reply briefs to be filed on the normal schedule thereafter.

The Government's review of the record and issues cited by defendant's appellate counsel is not yet complete, but it is close to completion. Thus, the Government does not believe its remaining review process warrants a further order that continues to hold this appeal in abeyance.

The Government believes that the proposed date for defendant's opening brief (*i.e.*, February 8, 2027) is reasonable, taking into account due diligence and also defense counsel's other case duties. However, the Government has advised defense counsel that it will not oppose a brief additional extension of time for the filing of defendant's opening brief if that should become necessary.

**DEFENDANT'S BAIL STATUS**

Defendant is out of custody pending appeal, and the Government stipulates he does not present a risk to the public.

DATED: November 17, 2026.

LAW OFFICE OF
JARROD J. BECK

/s/ *Jarrod J. Beck*

JARROD J. BECK

Attorney for Defendant
BRETT HANKISON

Respectfully submitted,

CRAIG W. TRAINOR
Assistant Attorney General

/s/ *Robert J. Keenan*

ROBERT J. KEENAN
Acting Dep. Asst. Attorney General

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

On this date, November 17, 2026, through my electronic-filing of the attached document through the ECF system, I am serving the document to all counsel of record.

*/s/ Robert J. Keenan*

ROBERT J. KEENAN
Acting Dep. Asst. Attorney General